# EXHIBIT C



# Fast Model Technologies

# Employee Handbook

Effective September1, 2013

**Fast** Model Technologies

# Table of Contents

**Introduction** ...........................................................................................................................**1**
 Welcome ......................................................................................................................... 1
 Our History ..................................................................................................................... 1
 Our Mission, Goals & Strategies ................................................................................... 2
 Our Commitment to Customer Service .......................................................................... 3
 About this Handbook ...................................................................................................... 3

**Employment with FMT** .........................................................................................**4**
 At-Will Employment Relationship .................................................................................. 4
 Equal Employment Opportunity ..................................................................................... 4
 Open Door ...................................................................................................................... 5
 Employee Categories ..................................................................................................... 5
 Employee Records .......................................................................................................... 6

**The FMT Workplace** ...............................................................................................**8**
 Discrimination & Harassment-Free Workplace .............................................................. 8
 Drug and Alcohol-Free Workplace ...............................................................................10
 Safe & Healthy Workplace ...........................................................................................10
 Violence-Free Workplace .............................................................................................11
 Tobacco-Free Workplace ..............................................................................................12
 Family and Romantic Relationships in the Workplace .................................................12

**Ethics & Compliance** ............................................................................................**15**
 Introduction ..................................................................................................................15
 Confidentiality of FMT Information .............................................................................15
 Treatment of Clients, Business Affiliates, Services Providers and Others ....................15
 Preventing Conflicts of Interest ....................................................................................15
 Compliance ...................................................................................................................16

**Use of FMT Resources** ........................................................................................**17**
 Use of FMT Technology ...............................................................................................17
 Use of Other FMT Property ..........................................................................................18
 Social Media Usage ......................................................................................................18

**Hours and Pay** ......................................................................................................**21**
 Working Hours ..............................................................................................................21
 Attendance & Punctuality .............................................................................................21
 Timekeeping ..................................................................................................................22

Salary Basis (Exempt Employees)..................................................................................23
Overtime (Nonexempt Employees)..............................................................................24
Payday and Paychecks..................................................................................................24
Emergency Office Closings ...........................................................................................25
Nursing Mother Breaks .................................................................................................25

**Plan Benefits** ...........................................................................................................**26**
Health Insurance............................................................................................................26
Workers' Compensation Insurance..............................................................................26

**Time Off & Leave** ...................................................................................................**27**
Holidays ...........................................................................................................................27
Paid Time Off ..................................................................................................................28
Bereavement Time Off...................................................................................................29
Jury Duty Time Off .........................................................................................................30
Military Service Leave.....................................................................................................31
Other State-Specific Time Off......................................................................................31
Personal Leave of Absence ..........................................................................................31

**Leaving FMT**...........................................................................................................**33**
Separation........................................................................................................................33
Final Pay upon Separation ...........................................................................................33
Return of FMT Property upon Separation...................................................................33
Benefit Continuation upon Separation.......................................................................33
Post-Employment References........................................................................................33

**Fast Model Technologies**

# Introduction

## Welcome

Welcome to Fast Model Technologies, LLC (FMT). We hope the information provided in this handbook will help you become familiar with our company's policies, procedures, and programs available. Please read the handbook carefully. It should answer many of your questions regarding your employment with FMT. We want you to be fully informed and understand our policies and procedures.

We thank you for choosing to work for FMT and wish you success!

Sincerely,

Ross Comerford, President
Jim Goodwin, CEO

## Our History

Founded in 2003 by our President, Ross Comerford, FMT has been the premier provider of all types of coaching and training applications to the NBA, NCAA (basketball) and thousands of coaches worldwide.

Throughout the last decade, FMT built an excellent reputation for creating innovative applications that make routine and repetitive activities efficient. We continue to grow and develop every day.

### The FMT Timeline:

Stage 1 (2003-2007):

- Initial product Fast Stats Software Technology for storage and management of game stats and analytics; growth to 150 programs (College and Pro); $400K Revenue.

Stage 2 (2007-Present):

- Leading supplier of coaching software technology for basketball in the United States.
- Added products and functionality. "Fast Draw" (Play Diagramming), "Fast Scout" (automated and pre-formatted scouting reports & data aggregation), FastShare (information sync & communication among coaching staff)
- Current Customers: All NBA franchises and 80% of Division 1 NCAA M/W basketball programs

Stage 3 (Future growth):

- Over 100M US households involved actively with sports at some level (youth, high school, college); also major international market potential.
- Broad demographics; including all ages, genders and income levels
- Annually $420B spent on sporting equipment, apparel, etc.; $30B spent on advertising.

# Our Mission, Goals & Strategies

## Mission Statement

Mission – Become the pre-eminent platform supporting the distribution of applications, tools, and relevant content to a global audience of coaches, athletes, and parents while also supporting a network linking interested parties and communities for communication and sharing.

## Goals

To achieve the Mission we will pursue the following goals:

1. Technology – Build and maintain technologies that are capable of delivering the best user experience, consistent with the expectations of our users at every level, and deliver stable/dependable performance in use.

2. Products – Design and deliver products that provide innovative solutions for users at every performance level of team and individual sport, and help our users simplify, solve, and resolve issues related to their sports and athletic experience.

3. Network – Our technology and products will support building a network of passionate users who share a common interest in the pursuit of sports and athletic excellence, and who will see the FMT platform as the place to find and communicate with others sharing that same passion.

4. People – Build an organization and culture that attracts the very best people into an environment that challenges, nurtures, trains and grows talent so that we become the place for individuals seeking to grow personally and professionally.

## Strategies

To achieve these goals we will pursue the following strategies:

1. Use technology and products to attract users by offering solutions, solving problems, simplifying work and enhancing performance – we will enter each market we serve with applications and tools uniquely designed and tailored to meet the real needs of coaches and athletes, improve their workflow and preparation, and enhance both individual and team performance.

2. Provide access and storage for coaching and training content to enhance the unique value provided to users of our products, and to increase user loyalty – we will become the chosen destination for those seeking coaching and training content, as well as the place where coaches and athletes organize and store content and information important to their work success.

3. Use the tools, applications, and access to content to create access to a network of individuals and communities that have a common interest in sharing and communicating about subjects and experiences related to sports, athletics and personal training and development.

4. Attract and retain an organization of talented, dedicated, and productive people supported by a culture of teamwork and results.

## Our Commitment to Customer Service

FMT holds customer service to be one of our utmost company values.  All employees are expected to act friendly, courteous, respectful, and polite when interacting with all clients and customers.  Examples of prompt and courteous customer service include but are not limited to, the following actions:

- Answering the telephone before three (3) rings

- Transferring calls to the individual or department that is best fit to assist the caller

- Assisting clients and customers as best you can

- Treating clients and customers as you expect to be treated

Even when not on company property, you still represent the Company and are required to behave appropriately and respectfully in your daily interactions.

## About this Handbook

This Handbook is designed to acquaint you with FMT, and to provide you with information about working conditions, employee benefits and some of our policies affecting your employment with us.  This Handbook is not an employment contract, but it is intended as a guide for both employees and the Company.  However, no written document can anticipate every situation that can occur, and because facts and circumstances differ in each particular case, the Company reserves the right to make all management decisions as it deems best, regardless of past practice or decisions.

This Handbook is intended for the internal use of the Company and its employees.  It may not be released to anyone outside the Company without the written permission of the President or CEO.  This Handbook remains the property of FMT and you must return it to FMT upon demand or when your employment with FMT ends.  This Handbook supersedes all prior handbooks or related written policies regarding the terms and conditions of employment with FMT.  It is your responsibility to read this Handbook carefully and direct any questions you may have to the President or CEO.

This Handbook reflects FMT's current personnel policies and practices, and as the Company continues to grow, the need may arise, and the Company reserves the rights, to revise, supplement or rescind any policies or portion of the Handbook as it deems appropriate, in its sole discretion.  Note that for employees who work in locations where local or state law differs from the information contained in this handbook, FMT will follow the applicable local or state law.

In addition, while the Company intends to implement the policies and procedures contained herein as described, all such policies and procedures are always subject to change based on the provisions of all applicable federal, state, and local laws.

NEITHER THIS HANDBOOK NOR ANY FMT POLICY CREATES AN EXPRESS OR IMPLIED CONTRACT OF EMPLOYMENT OR ANY OTHER CONTRACTUAL COMMITMENT ON THE PART OF FMT.  EMPLOYMENT WITH FMT IS ON AN "AT-WILL" BASIS, WHICH MEANS THAT BOTH YOU AND FMT ARE FREE TO TERMINATE THE EMPLOYMENT RELATIONSHIP AT ANY TIME FOR ANY OR NO REASON, CONSISTENT WITH APPLICABLE LAW.  NO STATEMENTS OR REPRESENTATIONS REGARDING EMPLOYMENT, INCLUDING PROMISES, DISCIPLINARY SYSTEMS, NEWSLETTERS, AWARDS, OR OTHER PUBLICATIONS ALTER THIS AT-WILL RELATIONSHIP.



# Employment with FMT

## At-Will Employment Relationship

Employees join FMT voluntarily, and are free to resign at will at any time, with or without cause. Similarly, FMT may terminate the employment relationship at will at any time, for any or no reason, with or without notice, so long as there is no violation of applicable federal or state law. In addition, the Company does not guarantee that any employee will receive corrective action, warnings, or progressive discipline prior to termination. Unless you are a party to a separate, written agreement signed by a company officer that states otherwise, this policy of at-will employment is the sole and entire agreement between you and FMT regarding the duration of your employment and the circumstances under which our employment relationship may be terminated.

## Equal Employment Opportunity

FMT is committed to providing equal employment opportunity to all qualified individuals without regard to race, color, sex, pregnancy, religion, national origin, age, disability, sexual orientation, marital, or military service status, genetic information, or any other characteristic protected by local or state laws ("protected status"). Protected status may also include an individual's marriage to or association with someone with any status listed above.

This policy applies to all aspects of employment with us, including recruitment, hiring, rates of pay, promotion, training, termination, benefit plans, and all other forms of compensation, conditions, and privileges of employment for both employees and applicants. This policy also governs all conduct in the workplace, on our computer systems and network, and at all work-related events, including FMT-related functions or trips. Any employee who violates this policy is subject to discipline, up to and including immediate termination of employment.

If you experience, observe, or become aware of any conduct you believe may be discriminatory, you must immediately follow the Reporting Procedure set forth in our DISCRIMINATION AND HARASSMENT FREE WORKPLACE POLICY.

### Reasonable Accommodation for Qualified Individuals with Disabilities

Because FMT believes that individuals should have full access to equal employment opportunities, we provide qualified employees with disabilities with reasonable accommodations to enable them to perform the essential functions of their jobs, so long as such accommodation is reasonable and does not place an undue hardship on FMT. We also provide qualified job applicants with disabilities with reasonable accommodations during the hiring process.

You may request a reasonable accommodation by contacting the President or CEO. We prohibit the taking of negative action against any employee or job applicant because s/he has requested an accommodation.

### Reasonable Accommodation of Religious Observance and Practice

As a part of our commitment to Equal Employment Opportunity for all, FMT will reasonably accommodate the religious observances and practices of our employees, unless the requested accommodation would cause undue hardship on the conduct of our business.

# Open Door

FMT encourages our employees to participate actively in making our organization a better place. Our Open Door offers each employee an opportunity to bring suggestions, observations, problems, or concerns regarding yourself or the organization to the attention of any manager without fear of retaliation. We also welcome early identification of opportunities and challenges, and mutual resolution of complaints. We also strongly encourage early resolution of any conflicts or grievances among our employees.

When you are uncertain about any situation, need guidance, or have any concerns, FMT encourages you to raise these issues with your supervisor. If your issue is not resolved at this level, you may feel free to contact the President or CEO regarding your concern. You may use whatever method of communication that makes you feel most comfortable. The important thing is that you get the guidance and resources that you need.

*Exception*: If you experience, observe, or become aware of any conduct you believe may be discriminatory, you must immediately follow the Reporting Procedure set forth in our DISCRIMINATION AND HARASSMENT FREE WORKPLACE POLICY.

# Employee Categories

FMT has adopted employee status categories according to the Fair Labor Standards Act (FLSA) and related state law requirements, as well as for purposes of benefit participation and other considerations.

### FLSA Classification

NONEXEMPT      *Nonexempt* employees are paid on an hourly basis and are eligible for overtime pay as discussed in more detail in our OVERTIME POLICY. *Nonexempt* employees must submit weekly time sheets as discussed in more detail in our TIMEKEEPING POLICY.

EXEMPT      *Exempt* employees are those who are exempt from the overtime provisions of federal and state law. *Exempt* employees are paid a salary, which compensates them fully for all hours worked each week.

### Work Schedule

FULL-TIME      *Full-time* employees regularly work at least forty (40) hours each workweek.

PART-TIME      *Part-time* employees regularly work less than forty (40) hours each workweek.

### Expected Duration of Employment

REGULAR      *Regular* employees work regularly scheduled hours for an indefinite and unspecified

duration.

TEMPORARY    *Temporary* employees are called to work on an as needed basis to supplement the work force temporarily, or to assist in the completion of a specific project.  Temporary employees may work a full-time or part-time schedule.  Employment beyond any initially stated period does not in any way imply a change in employment status or classification.

## Employee Classification Changes

FMT will notify you of your employment status when you are hired, transferred, or promoted.  Only the President or CEO or his/her designee may authorize any change to an employee's status, and such authorization must be in writing.

# Employee Records

## Applicant/Employee Information

FMT relies upon the accuracy and truthfulness of information contained in data presented throughout the hiring process and employment.  Any misrepresentations, falsifications or material omissions in any of this information or data may result in the disqualification of the individual from further consideration for employment or, if the person has been hired, termination of employment.

## Personnel Data

FMT maintains a personnel file for each employee.  The personnel file includes information such as your

- *personal data*  – *e.g.,* legal name (including any legal name changes), personal mailing address, telephone numbers, emergency contact;
- *benefit data*  – *e.g.,* marital status, number of dependents, beneficiary designations under our benefit plans;
- *professional data* – *e.g.,* job application, resume, records of training, documentation of performance evaluations, pay adjustments, and
- other related employment records.

You must promptly notify the CFO in writing of any changes to your *personal data* or *benefits data*.  Additionally, you must ensure that you keep your tax-related information current.  Please send your updated W-4 Form (and/or related state tax forms) directly to the CFO .

## Employee Data Privacy Protection

FMT is committed to maintaining the confidentiality of employee data and related personal information.  Therefore, access to all personnel files and personnel data is strictly limited.  Only management personnel who have a legitimate reason to review information in a file or to access employee personal information may access such information.

## Personnel File Access

Personnel files are the property of FMT.  However, if you wish to review your own personnel file, you should contact the CFO.  With reasonable advance notice, you may review your personnel file in the presence of a member of management.


**Fast Model Technologies**

# The FMT Workplace

## Discrimination & Harassment-Free Workplace

Consistent with our EQUAL EMPLOYMENT OPPORTUNITY POLICY, FMT is committed to providing a workplace that is free of discrimination and harassment based on any characteristic protected by law. This policy applies to all aspects of employment and governs all conduct in the workplace, on our computer systems and network, and at all work related events, including FMT-related functions or trips. This policy's prohibition against discrimination and harassment applies to *everyone* – supervisors, managers, salaried and hourly workers, temporary employees, contractors, vendors, and visitors. FMT will not tolerate discrimination or harassment of any kind by anyone

### Prohibition against Discrimination

FMT strictly prohibits and will not tolerate discrimination based on an individual's protected status in any aspect of employment. You should avoid any conduct that a person could reasonably interpret as discrimination or harassment. Discriminatory action includes firing, refusing to hire, denying training, failing to promote, and discriminating in pay or other terms, conditions, or privileges of employment based on an applicant's or employee's protected status. It also includes encouraging or assisting anyone in taking discriminatory action.

If you experience, observe, or become aware of any conduct that you believe may be discriminatory, you must immediately follow the Reporting Procedure described below.

### Prohibition against Harassment

FMT strictly prohibits and will not tolerate unlawful harassment based on an individual's protected status, including but not limited to sexual or racial harassment. We strictly prohibit employees from harassing other employees or anyone else working with FMT, whether or not the conduct occurs on FMT's premises or during working hours. Such prohibited conduct includes but is not limited to:

- sexually suggestive statements, questions, insults, or sexual innuendos;
- repeated unwanted sexual flirtations, advances, or propositions;
- pressuring for sexual activity, including offering employment benefits in exchange for sexual favors or denying employment benefits in response to a refusal to provide sexual favors;
- comments of a sexual nature about a person's physical attributes;
- offensive touching or assault, obscene gestures, or suggestive sounds;
- use of slurs or negative stereotyping;
- using FMT e-mail or Internet resources to receive, view, or send offensive jokes, pictures, posters, or other similar material;
- intimidating acts, such as bullying or threatening based on an individual's protected status;
- circulating or displaying offensive pictures, letters, notes, e-mails, invitations, or other similar materials;

- falsely denying, lying about, or otherwise covering up or attempting to cover up conduct that is prohibited by this policy; or
- any other conduct that shows hostility toward, disrespect for, or degradation of an individual based on the individual's protected status.

If you experience, observe, or become aware of any conduct you believe may be harassment, you must immediately follow the Reporting Procedure described below.

## Reporting Procedure

We are committed to preventing unlawful discrimination and harassment in all aspects of FMT. To ensure we have knowledge of any such misconduct and can respond appropriately, you must report any possible violation of this policy.

- If you experience, observe, or become aware of conduct that violates this policy, you must immediately report the possible violation to the CEO of the Company.
- If you do not feel comfortable reporting the possible violation to the President, you may report the possible violation to the CFO or President.

FMT will promptly and thoroughly investigate all reports of harassment or discrimination. We will keep the investigation confidential to the extent possible and will disclose information relating to the investigation only on a need-to-know basis. If the investigation confirms a policy violation, we will take appropriate action to correct the violation and prevent its recurrence. We may put reasonable interim measures in place during an investigation, if we determine that such measures would be in the employee's and/or FMT's best interest. These measures may include, but are not limited to, a leave of absence, suspension, or transfer of the employee who reportedly violated this policy.

## No Retaliation

FMT strictly prohibits and will not tolerate any adverse action against an individual for:

- reporting conduct that they reasonably believe may violate this policy;
- filing a complaint of alleged discrimination or harassment with a government agency or court;
- assisting another individual in reporting conduct that may allegedly violate this policy;
- assisting another individual in filing a complaint of alleged discrimination or harassment with a governmental agency or court;
- cooperating in an investigation of any kind; or
- opposing alleged unlawful discrimination or harassment.

If you experience, observe, or become aware of any conduct you believe may be retaliatory, you must immediately follow the Reporting Procedure described above.

## Compliance

Any employee who violates this policy is subject to discipline, up to and including immediate termination of employment. Contact the President or CEO if you have any questions about this policy.

# Drug and Alcohol-Free Workplace

FMT is committed to maintaining an alcohol- and drug-free workplace.  Alcohol and *illegal drug* use pose a serious threat to workplace safety, health, and productivity.  Employees who use *illegal drugs* or abuse alcohol or prescription drugs in the workplace present a danger to themselves, other employees, volunteers, visitors, and to our property.  This policy applies to all employees and temporary workers as well as to all consultants, vendors, and other individuals providing services to the Company at any time on the premises or while engaged in business for the Company.

*Illegal drugs* means any drug that (a) is not legally obtainable, (b) is obtained by illegal means, (c) is used by a person other than to whom it was prescribed, or (d) is used in a manner or for a purpose other than as prescribed.

*Influence*, or *under the influence* means that alcohol, drugs, or intoxicants affect the person in a detectable manner.  The symptoms of *influence* are not limited to those consistent with misbehavior, or to an obvious impairment of physical or mental ability, such as slurred speech or difficulty in maintaining balance, but also include the physical effects of alcohol, drugs, and intoxicants, including odor.

## Prohibited Activities

You may not, while on FMT premises or while conducting FMT-related activities off premises:

- possess, distribute, sell, trade, or offer for sale *illegal drugs* or intoxicants;
- distribute (except in connection with a business-related social function authorized by the Company), sell, trade, or offer for sale any type of alcohol;
- be under the influence of *illegal drugs*, intoxicants, or any type of alcohol.

## Getting Assistance

If you have questions or concerns about substance dependency or abuse, we strongly encourage you to seek assistance from a medical professional or other appropriate resource

## Compliance

Any employee who violates this policy is subject to discipline, up to and including immediate termination of employment.  Some violations may also have legal consequences.

# Safe & Healthy Workplace

The health and safety of employees and others on FMT property are of critical concern to our company and we strive to attain the highest possible level of safety in all activities and operations.  FMT also is committed to adhering to all local and federal safety regulations, including the Occupational Safety and Health Act.  Should you have any questions or concerns, contact your manager for more information.

### Required Safety Standard

You must perform your duties in a safe manner, following all instructions regarding the operation of equipment and methods or procedures for work performance. Additionally, you must use available safety equipment provided for your protection.

You should report any unsafe conditions or potential hazards to your manager immediately; even if you believe you have corrected the problem. Additionally, if you suspect a concealed danger is present on our premises, or in a product, facility, piece of equipment, process, or business practice for which FMT is responsible, bring it to the attention of your manager immediately.

### Required Notice of Work-Related Injury or Illness

You must immediately notify your manager if you are injured or become ill on the job, no matter how minor an on-the-job injury may appear. If your manager is unavailable, you must immediately notify the President or CEO.

### Compliance

Any employee who violates safety standards, causes or contributes to a hazardous or dangerous situation, fails to report a hazardous safety situation, or fails to report a work-related injury or illness will be subject to disciplinary action, up to and including immediate termination of employment. Additionally, an employee who fails to remedy a safety situation when required to do so will be subject to disciplinary action, up to and including immediate termination of employment.

## Violence-Free Workplace

FMT is committed to providing a violence-free workplace. As such, we will not tolerate any form of workplace violence, including verbal and nonverbal threats of violence or destruction of property.

### Prohibited Conduct

FMT expressly prohibits employees from making threats, using threatening language, or any other act of aggression or violence toward or by any FMT employee, or anyone else in the FMT workplace. This policy applies to all employees and temporary workers as well as to all consultants, vendors, and other individuals providing services to the Company at any time on the premises or while engaged in business for the Company.

Prohibited conduct includes, but is not limited to:

- any verbal or physical harassment or abuse,
- any attempt at intimidating or instilling fear in others,
- menacing gestures,
- flashing of weapons,
- stalking, or
- any other hostile, aggressive, injurious, and/or destructive action undertaken for the purpose of domination or intimidation.

Weapons of any kind or other dangerous items such as explosives, guns, and/or knives are strictly prohibited on FMT premises or at off-site FMT functions.

### Reporting Potential Workplace Violence

If you observe or are subjected in the workplace to violence, threat of physical violence, or any other conduct prohibited by this policy, or if you feel unsafe due to the conduct of an employee or another individual, you should immediately notify a member of management with whom you feel comfortable or you may notify the President or CEO.  This includes situations where you may be the recipient of a threat made by an outside party.  It is important for us to be aware of any potential danger in our workplace.  Indeed, we want to take effective measures to protect everyone from the threat of a violent act by an employee or by anyone else.

Your safety will be our primary consideration in addressing any report of a possible violation of this policy.  Retaliation of any kind for reporting workplace violence is strictly prohibited.  We will take the appropriate steps necessary to ensure that no retaliation of any kind is taken for a report of this kind.

### Investigating and Responding to Potential Workplace Violence

FMT will promptly and thoroughly investigate all reports of workplace violence.  The Company will keep the investigation confidential to the extent possible and will disclose information relating to the investigation only on a need-to-know basis.  If the investigation confirms that a violation of this policy occurred, we will take appropriate action to correct the violation and prevent its recurrence.  We may put reasonable interim measures in place during an investigation, if we determine that such measures would be in the employee's and/or FMT's best interest.  These measures may include, but are not limited to, a leave of absence, suspension, or transfer of the employee who reportedly violated this policy.

### Compliance

Any violation of this policy may result in discipline, up to and including immediate termination of employment, in addition to potential legal consequences.

## Tobacco-Free Workplace

Consistent with state and/or local law, and FMT's commitment to provide a healthy work environment, smoking or other use of tobacco is strictly prohibited throughout FMT premises at all times, except for designated outdoor areas.  This prohibition applies to all employees, clients, and visitors.  Any violation of this policy may result in discipline, up to and including immediate termination of employment.  Such violations may also include fines imposed by the appropriate local or state enforcement agency.

## Family and Romantic Relationships in the Workplace

FMT's success depends on positive employee morale, good working team relationships, and on maintaining the highest degree of ethics.  We expect our employees to conduct themselves in an ethical manner that promotes respect and trust in the workplace.  We also seek to avoid circumstances in which the perception or possibility of favoritism, conflicts of interest, or impairment of efficient operations may occur.

## Family Members in the Workplace

While *relatives* of employees may be hired, *relatives* may not work in a direct reporting relationship. In other words, no employee may directly supervise a *relative* or in any other way have any influence on employment practices or policies related to a *relative*.

Similarly, no employee may supervise or manage a *relative* who works for another entity with which FMT has entered into a partnership or other business relationship. Nor may an employee participate in any decision making process regarding whether to initiate, continue, or modify a relationship with another entity if the employee's *relative* has a substantial interest in the other entity.

*Relative*, for purpose of this policy, means any person who is related by blood, adoption, marriage, domestic partnership, or civil union. *Relative* includes, but is not limited to, an employee's spouse or domestic partner, the employee's parents, siblings, or children, whether by blood, adoption, marriage, or similar relationship (in-laws), and the employee's grandparents, aunts, uncles, nieces and nephews, whether by blood, adoption, marriage, or similar relationship.

## Romantic Relationships in the Workplace

While FMT does not want to intrude into employee's personal lives, we recognize that there is a risk that a *romantic relationship* between employees may create an actual or perceived conflict of interest, compromise FMT assets, disrupt the work environment, and/or negatively impact other employees.

*Romantic relationship*, for purposes of this policy, means a consensual relationship between individuals of a romantic or intimate nature. *Partner*, for purposes of this policy, means one of the individuals in a romantic relationship.

## Prohibited Conduct

The following conduct is prohibited:

- You must not supervise your *partner*. Therefore, you must not enter into a *romantic relationship* with an employee that you supervise or that supervises you. Similarly, you must not enter into a *romantic relationship* with any person who is an employee of another entity if you are responsible for managing FMT's relationship with that entity.

- You must not influence the terms and conditions of your *partner's* employment. Therefore, you must not enter into a *romantic relationship* with another employee if you can influence the terms and conditions of the employee's employment, or if s/he can influence the terms and conditions of your employment. Similarly, you must not enter into a *romantic relationship* with any person who is an employee of another entity if you are responsible for determining or influencing the terms or conditions of any contract or similar arrangement between FMT and the other entity.

- You must not compromise the protection of FMT assets, or the "chain of security." Therefore, an employee who is involved in a *romantic relationship* with another employee may not be placed in a position that would involve both employees handling or processing the same funds.

## Duty to Disclose

When a supervisory relationship exists between two employees who have a desire to pursue a *romantic relationship*, the employee in the supervisory position must disclose the existence of the relationship to Human Resources as soon as possible so that the best resolution of the situation can be determined.

To help resolve the supervisory relationship, the two employees may request a transfer to different departments or projects. The transfer will generally be granted if business circumstances permit. Please note that the transferred employee will receive the wages, hours, and/or schedule that are appropriate for the position or project to which s/he is transferred.

## Compliance

Any violation of this policy may result in discipline, up to and including immediate termination of employment.

 **Fast Model Technologies**

# Ethics & Compliance

## Introduction

The successful business operation and reputation of FMT is built upon the principles of fair dealing and ethical conduct of our employees. Our reputation for integrity and excellence requires careful observance of the spirit and letter of all applicable laws and regulations, as well as a scrupulous regard for the highest standards of conduct and personal integrity. All employees owe a duty to FMT, its customers, and equity owners to act in a way that will merit the continued trust and confidence of the public. Additionally, all employees must comply with all applicable laws, rules, and regulations at all times while conducting FMT and while on or using any FMT property (including FMT technology).

## Confidentiality of FMT Information

Due to the nature of the Company's business, confidentiality is an ethical responsibility of every employee within the Company to maintain. Strict confidentiality as to any matter on which the Company is working, including all facts or plans communicated to or by us and all papers received or prepared by us, is expected at all times. All employees must take extreme care to avoid disclosing confidences of any kind in any way, either while work is in progress or after it is completed.

## Treatment of Clients, Business Affiliates, Services Providers and Others

To present the most favorable image possible of the Company, all employees should follow certain basic standards when interacting with persons with whom FMT does business:

- All visitors should be treated courteously, their business given prompt attention, and their stay in the office made pleasant.

- Visitors should be escorted to the office of the individuals they are meeting or led to a conference room and back to the reception area after their visit. No one should be sent to find his or her own way through the office.

- Never discuss with one visitor the affairs of another visitor and never discuss confidential matters in areas that are not secure.

- In the event a visitor needs to utilize office space, be sure that no confidential papers are lying about.

- When interacting with clients, business affiliates, services providers and others via telephone or electronic transmission, you are expected to do so in a polite, courteous, and professional manner.

## Preventing Conflicts of Interest

Employees must maintain the highest ethical standards in the conduct of FMT affairs. Thus, employees should avoid any situation that involves or may involve a conflict between their personal interest and the interest of the Company. Employees are required to avoid any relationship with other individuals or organizations that might impair, or even appear to impair, the proper performance of their FMT-related responsibilities. Employees must act in the best interest of the Company when dealing with customers, contractors, competitors, or any other person doing or seeking to do business with the Company.

Employees must make full and prompt disclosure in writing to the President or CEO of any potential situation that may involve a conflict of interest.

## Outside Employment

As a FMT employee, you are expected to devote your full professional time and energy to FMT affairs, and may not accept outside employment or engage in outside activities that conflicts with your duties as a FMT employee or prevents you from giving your best efforts to your FMT responsibilities.  More specifically, you may not engage in any outside work activities that does, or is likely to:

- detract from your job performance at FMT;
- result in a product or service that competes with any product or service provided by FMT;
- lead to disclosure of FMT's confidential information;
- impair your independent judgment on behalf of FMT;
- dilute your loyalty to FMT;
- cause you to acquire a financial or proprietary interest in the substance or outcome of any work performed by FMT;
- present work performed by or for FMT as if it has been performed by or for another person or entity; or
- involve the use by of FMT, programs, technology, or any other FMT property.

# Compliance

If you have any questions about your ethical obligations or any information contained or referenced in these policies, please contact the President or CEO.  Any violation of FMT ethics and compliance-related policies and rules result in discipline, up to and including immediate termination of employment.  You may report any suspected violation of any of ethics or compliance-related policies confidentially to the President or CEO or to the CFO.  FMT prohibits taking negative action against any employee for reporting a possible deviation from these policies or for cooperating in an investigation.

 

# Use of FMT Resources

## Use of FMT Technology

FMT grants employees access to company *technology* to support and benefit our business. *Technology*, for purposes of this policy, means all FMT technical resources, including our computer systems (including FMT-provided Blackberries or other PDAs); e-mail; our network through which FMT records, intranet, or Internet is accessed; our telephone systems (including voicemail); and any other FMT-provided and/or maintained computer- or network-related hardware or software.

Using *technology* includes, but is not limited to, accessing e-mail, Facebook, Twitter, or any other Internet-based media forum, any FMT software or program, or any other program through the Internet. You are responsible for the content of all text, audio, or images that you place or send over FMT *technology*.

### No Expectation of Privacy

You may use *technology* for occasional, non-work-related purposes. However, you do not have a personal privacy right in any communication, message, or information created, received, or sent from *technology* and should use *technology* with that understanding.

*Technology* and the data stored on such technology are and remain at all times the property of FMT. As a result, computer data, voice-mail messages, e-mail messages, and other data are readily available to numerous persons. If, during the course of your employment, you perform or transmit work on *technology*, your work is subject to the investigation, search, and review of others in accordance with this policy. In addition, e-mail and other information stored on *technology* may be subject to civil discovery and criminal subpoenas. FMT expressly reserves the right to access, retrieve, read, monitor, or delete any communication, message, or information that is created, received, or sent on company *technology*, consistent with applicable law.

### Prohibited Activities

Prohibited activities include, but are not limited to using *technology*

- in violation of *any* FMT policy, including but not limited to our DISCRIMINATION AND HARASSMENT FREE WORKPLACE POLICY or VIOLENCE FREE WORKPLACE POLICY;

- for any activities that violate *any* federal, state, or local law;

- for any personal gain or for commercial activities unrelated to FMT;

- to access or distribute inappropriate text or graphic materials, specifically pornographic or sexually explicit materials;

- in violation of copyright laws or copying or otherwise converting protected electronic information;

- to break-in or attempt to break into another firm's computer system;

- with any other employee's password;

- to access libraries, files, data, programs, and directories that are unrelated to your work duties and/or to which you have not been granted access authorization; or

- to read, record, copy, or listen to information delivered to another person's e-mail, voicemail, or company mailbox, or by way of facsimile without specific authorization to do so.

Additionally, the following activities are prohibited:

- using alternate Internet Service Provider connections to *technology* such as the internal network without employing appropriate firewall or other security protections;

- downloading software to *technology* without prior approval; or

- excessive use of *technology* during business hours for personal reasons or other non-FMT business.

### Compliance

Any violation of this policy may result in discipline, up to and including immediate termination of employment.

Authorized access to FMT technology ceases immediately when your employment with FMT ends and any such access thereafter is specifically unauthorized.

## Use of Other FMT Property

All FMT premises, facilities, equipment, furnishings, and other property provided for work-related use by FMT are FMT property, including, without limitation, filing cabinets, desks, FMT technology, lockers, break rooms, etc.  You do not have a personal privacy right in any FMT property and must use and access FMT property with that understanding.

FMT reserves the right to enter, inspect, and monitor all FMT property, and all property and information contained therein, at any time without advance notice to employees, consistent with applicable law. FMT also reserves the right to search at any time, without advance notice to employees, any personal property brought onto or taken from FMT property by employees, consistent with applicable law. Employees who wish to avoid such inspections should refrain from bringing packages or other articles to work or taking them from work.

## Social Media Usage

FMT understands that social media can be a fun and rewarding way to share your life and opinions with family, friends, and co-workers around the world.  Additionally, FMT recognizes the importance of social media and social networking in shaping public thinking, driving business and supporting professional development efforts.  Therefore, the Company is committed to supporting a user's right to interact respectfully, knowledgeably and socially in the blogosphere and on the Internet through blogging and interaction in other social media.  However, use of social media also presents certain risks and carries with it certain responsibilities.  To assist you in making responsible decisions about your use of social media, we have established these guidelines for appropriate use of social media.

*Social media* includes all means of communicating or posting information or content of any sort on the Internet, including to your own or someone else's web log or blog, journal or diary, personal web site, social networking or affinity web site, web bulletin board or a chat room, whether or not associated or affiliated with FMT, as well as any other form of electronic communication.

The same principles and guidelines found in FMT policies apply to your activities online. Ultimately, you are solely responsible for what you post online. Before creating online content, consider some of the risks and rewards that are involved. Keep in mind that any of your conduct that adversely affects your job performance, the performance of fellow employees or otherwise adversely affects clients, vendors, or others who work on behalf of FMT or its legitimate business interests may result in disciplinary action up to and including termination.

## General Social Media Usage Guidelines

### Know and follow the rules

Carefully read these guidelines and the other policies contained in this Handbook and ensure your postings are consistent with these policies – including *but not limited to*, our WORKPLACE POLICIES and ETHICS AND CODE OF CONDUCT POLICIES. FMT will not tolerate inappropriate postings including discriminatory remarks, harassment, and threats of violence or similar inappropriate or unlawful conduct, and any such postings may result in disciplinary action up to and including termination.

### Be respectful

Always be fair and courteous to fellow employees, our clients, partners, suppliers and other people who work on behalf of FMT. Also, keep in mind that you are more likely to resolve work-related complaints by speaking directly with your co-workers or your manager than by posting complaints to a social media outlet. Nevertheless, if you decide to post complaints or criticism, avoid using statements, photographs, video or audio that reasonably could be viewed as malicious, obscene, threatening or intimidating, that disparage employees, clients, members, suppliers, or that might constitute harassment or bullying. Examples of such conduct might include offensive posts meant to intentionally harm someone's reputation or posts that could contribute to a hostile work environment on the basis of race, sex, disability, religion or any other characteristic protected by law or company policy.

### Be honest and accurate

Make sure you are always honest and accurate when posting information or news, and if you make a mistake, correct it quickly. Be open about any previous posts you have altered. Remember that the Internet archives almost everything; therefore, even deleted postings can be searched. Never post any information or rumors that you know to be false about FMT, fellow employees, clients, suppliers, or other people working on behalf of FMT.

### Post only appropriate and respectful content

Maintain the confidentiality of FMT trade secrets and private or confidential information. Trade secrets may include information regarding the development of systems, processes, products, know-how and technology. Do not post internal reports, policies, procedures, or other internal business-related confidential communications.

Respect financial disclosure laws. It is illegal to communicate or give a "tip" on inside information to others so that they may buy or sell stocks or securities.

Do not create a link from your blog, website, or other social networking site to a FMT website without identifying yourself as a FMT employee.

Express only your personal opinions.  Never represent yourself as a spokesperson for FMT.  If FMT is a subject of the content you are creating, be clear and open about the fact that you are an employee and make it clear that your views do not represent those of FMT, fellow employees, clients, suppliers, or people working on behalf of FMT.  If you do publish a blog or post online related to the work you do or related to subjects associated with FMT, make it clear that you are not speaking on behalf of FMT.  It is best to include a disclaimer such as "The postings on this site are my own and do not necessarily reflect the views of FMT."

## Using social media at work

Limit use of social media while on work time or on equipment provided by FMT, unless it is work-related as authorized by your manager or consistent with FMT policies.

## Compliance

Failure to comply with these guidelines may result in disciplinary action up to and including termination of employment.

FMT prohibits taking negative action against any employee for reporting a possible deviation from this policy or for cooperating in an investigation.  Any employee who retaliates against another associate for reporting a possible deviation from this policy or for cooperating in an investigation will be subject to disciplinary action, up to and including termination.

FMT is aware of the obligations with regard to protected activity under the National Labor Relations Act (NLRA), and the prohibitions contained in this policy are not intended to infringe upon your rights under the NLRA.  More specifically, nothing in this policy is intended to infringe upon any employee's right to engage in NLRA-protected activity involving discussions of wages or working conditions and any such protected activity is not a violation of this policy.

 **Fast** Model Technologies

# Hours and Pay

## Working Hours

An employee's schedule may vary based on FMT's business and operational needs. Lunch breaks generally should be taken in the middle of your workday.

## Attendance & Punctuality

FMT expects our employees to be reliable and to be punctual in reporting for scheduled work. Regular attendance and promptness are essential functions of your job, because absenteeism and tardiness place a burden on other employees and on our organization as a whole. At the same time, we understand that you may need to be away from work due to illness or other important matters upon occasion.

This policy recognizes these life issues but at the same time reflects our need as a company to rely on our employees' *good attendance*, which means the following:

- reporting to work on time and ready to work;
- remaining at work during your entire work day, except during lunch break or as otherwise authorized by your manager; and
- calling in at least thirty (30) minutes before you are scheduled to be at work if you are going to be either absent or tardy, unless a verifiable emergency makes it impossible for you to do so.

### Reporting an Absence

It is your responsibility to ensure that proper notice of an absence is given. Asking another employee, friend, or relative to give this notification is not acceptable, except in emergencies. You must promptly report any absence as follows:

| | |
|---|---|
| LATE ARRIVAL OR ABSENCE | If you are going to be absent from work or know that you will be late for any reason, you must notify your manager via phone or email, with a copy to the Office Manager, soon as you learn of your need to miss work and, in no event later than thirty (30) minutes before your scheduled start time.[1] Your notice should include (1) you are unable to work, (2) the reason that you are unable to work (i.e., medical condition or other personal reason), and (3) when you expect to return to work. |
| | You must make every effort to speak with your supervisor directly. It is not acceptable to leave a voicemail message with a supervisor, except in extreme emergencies. |
| EARLY DEPARTURE | If you must leave work for any reason during the workday, you must inform your manager of the situation before leaving. This will allow management to arrange for |

---

[1] This daily reporting requirement does not apply during an approved continuous medical leave.

temporary coverage of your duties, and will help other employees to continue work in your absence.

## Verification for Absences

FMT reserves the right to require verification of the reason for any absence and may require you to provide a note from your doctor verifying the need for the time off due to illness or injury.

## Multi-Day Absence

If you are absent without notice for more than three (3) consecutive work days in a row, you will be deemed to have abandoned your job, and FMT will process your work separation as a voluntary resignation on your part, consistent with applicable law.

## Compliance

Poor attendance and excessive lateness are disruptive and unproductive and, as such, may result in disciplinary action, up to and including termination of employment. Additionally, failure to report an absence properly violates this policy and may result in disciplinary action, up to and including termination of employment.

# Timekeeping

### Recording Hours Worked *(Nonexempt Employees)*

If you are a *nonexempt* employee, you must record your hours actually worked on a daily basis and submit a time record, showing all hours and days worked, each pay period. You must specifically note any vacations days, sick days, holidays, or any other absences, late arrivals, or early departures on your time reports. Your manager must approve and sign your time record.

### Prohibition against "Off the Clock" Work *(All Employees)*

FMT strictly prohibits off the clock work – *i.e.,* work performed by a *nonexempt* employee that is not recorded and for which the employee is not paid. This means that:

- if you are a *nonexempt* employee, you must not perform any off the clock work; and

- whether you are *exempt* or *nonexempt*, you must never ask or require a nonexempt employee to perform any off the clock work

## Compliance

Any violation of this policy may result in discipline, up to and including immediate termination of employment.

# Salary Basis (Exempt Employees)

FMT compensates *exempt* employees on a salary basis and will not make deductions from an exempt employee's salary except in the circumstances set forth in this policy and as allowed by federal and state laws.  Except for the deductions permitted by this policy, you will receive your full salary for any workweek in which you perform any work, regardless of the number of days or hours worked.

*Salary basis* means that you will receive a predetermined amount of compensation each pay period, which is not subject to reduction because of variations in the quality or quantity of your work, except that you will not be paid for a workweek in which you perform no work.

## Permissible Deductions

If you are an *exempt* employee, the Company may make deductions from your salary only in the following circumstances:

- when you are absent from work for one (1) or more full days for personal reasons other than sickness or disability and you do not use available paid time off or other paid leave;

- when you are absent from work for one (1) or more full days due to sickness or disability, if the deduction is made in accordance with a bona fide plan, policy or practice of providing paid leave for absences due to sickness or disability;

- to offset amounts employees receive as jury or witness fees, or for military pay;

- for penalties imposed in good faith for infractions of safety rules of major significance;  and

- for unpaid disciplinary suspensions of one (1) or more full days imposed in good faith for conduct-related policy violations.

In addition, during the first and last week of employment, the Company may adjust your salary proportionate to the amount of time you actually worked during that week, [2]  and may make other deductions from your salary with your written authorization, consistent with applicable law.

## Reporting Procedure

If you believe that we have made an improper deduction from your salary, or if you have concerns or questions about the calculation of your pay, you must immediately contact the CFO.  If you do not feel comfortable doing that, you may report your concern to the President or CEO.  We will promptly investigate any report of a possible error in salaried pay.  If we determine that a deduction from your salary was improper, we will reimburse you promptly and take appropriate action to prevent further improper deductions.  Retaliation of any kind for reporting an improper salary deduction is strictly prohibited, and FMT will take appropriate steps necessary to ensure that retaliation occurs.

---

[2] Although FMT is not currently covered by the FMLA, if the company would grow such that FMLA did apply, then deductions could be made from *exempt* employee's pay during weeks in which FMLA leave is taken, proportionate to the amount of time the actually worked that week.

## Compliance

Any violation of this policy may result in discipline, up to and including immediate termination of employment.

## Overbime (Nonexempt Employees)[3]

When operating requirements or other business needs cannot be met during the regular workweek, *nonexempt* employees may be scheduled to work *overtime* hours.  Notice of any required *overtime* will be given as far in advance as possible, although advance notice is not always possible.  You are expected to cooperate as a condition of your employment when it is deemed necessary by the Company.

FMT pays all *nonexempt* employees at the rate of one and one-half (1-1/2) times your regular rate for all *overtime* hours worked, except where otherwise required by law.

**You must obtain prior permission from your manager to work overtime**.  Although all overtime hours worked will be paid, any employee who works overtime without prior approval will be subject to discipline, up to and including immediate termination of employment.

*Overtime*, for purposes of this policy, means all hours in excess of forty (40) hours worked in a single *workweek* (*i.e.*, the period from Saturday 12:01 am through Friday 12:00 am).  The *workweek is* a fixed period applicable to all employees and, for purposes of calculating and paying overtime, each *workweek stands* alone.

## Compliance

Any employee who works *overtime* without prior approval, or otherwise violates this policy, will be subject to discipline, up to and including immediate termination of employment.

## Payday and Paychecks

FMT pays employees on a semimonthly basis.  The Company uses a third-party provider to produce its payroll.  If a regularly scheduled payday falls on a holiday, employees will be paid on the day preceding the holiday, unless otherwise required by state law.  Your paycheck will include earnings for all work performed through the end of the previous pay period.  The Company provides an itemized statement of hours worked, wages earned, and applicable withholdings and deductions with each paycheck.

### Obligation to Provide Current Payroll Information

You must check your paycheck and pay stub each pay period to ensure that the personal information, including social security numbers, names, addresses and state allocations, is correct.  Additionally, you must promptly notify the CFO of any changes in residence so that correct state and local taxes, if applicable, so that we can adjust withholdings appropriately.

---

[3] ***Important***:  Note that for employees who work in locations where local or state law differs from the information contained in this policy – whether by definition overtime differently, or requiring a different premium overtime pay, FMT will follow the applicable local or state law.

### Addressing Payroll Errors

FMT takes all reasonable steps to ensure that employees receive the correct amount of pay in each paycheck and that employees are paid promptly on the scheduled payday. You should carefully review your paycheck and itemized statement each payday. If you have concerns or questions about the calculation of your pay or you believe that an incorrect deduction from your pay has occurred, you must immediately contact the CFO. If you do not feel comfortable doing that, you may report your concern to the President or CEO. We will promptly investigate any report of a payroll error. If we determine that pay or deductions were not calculated correctly, we will make any necessary corrections as quickly as is administratively possible. Retaliation of any kind for reporting an improper salary deduction is strictly prohibited.

## Emergency Office Closings

At times, emergencies such as severe weather, fires, power failures, or earthquakes (collectively "emergency conditions") can disrupt company operations. If such an emergency requires office closures, FMT will contact you via email or phone. If the office closes mid-day due to inclement weather or an emergency condition, management will announce the closure via email or phone.

## Nursing Mother Breaks

If you are a nursing mother, you may breastfeed your child and/or express breast milk during any regular meal and break periods. If meal and rest breaks are not reasonably sufficient to permit you to breastfeed, you may take a reasonable amount of additional unpaid break time, as necessary. If you take such additional break time, you must submit a time adjustment slip reflecting the additional break time taken. If you are a nursing mother and wish to continue breastfeeding upon your return to work, you should contact your manager to determine the most appropriate time and place. FMT will make reasonable efforts to provide you with a private location in close proximity to your work area, where you can breastfeed.

 

# Plan Benefits

This section outlines FMT's current employee plan benefits. Although we fully expect to continue these programs indefinitely, it may be necessary from time to time to improve, delete, or change the provisions of the programs. Therefore, FMT reserves the right to change or terminate these benefits at any time, for any or no reason, with or without notice, consistent with applicable law. Further, FMT (including the officers and administrators who are responsible for administering the plans) retains full discretionary authority to interpret the terms of the plans, as well as full discretionary authority with regard to administrative matters arising in connection with the plans and all issues concerning benefit eligibility and entitlement.

## Health Insurance

FMT's health insurance benefits are intended to protect you and your family from financial loss resulting from hospital, surgical, or other health-related expenses.

Health insurance is offered to all *regular, full time time* employees. The company pays up to $10,000 of the annual premium per employee. Any premium amount over $10,000 per employee will be paid 60% by FMT and 40% by the employee. Employee contributions will be deducted from employee payroll on a per pay period basis.

Eligible employees may elect to begin health insurance benefits on the first day of the month following their date of hire.

Details of this insurance benefit will be provided by the health insurance company, along with any updates to the plan from year to year. For details contact the Office Manager at finance@fastmodeltechnologies.com.

## Workers' Compensation Insurance

Employees who are injured on the job at FMT are eligible for workers' compensation benefits. Such benefits are provided at no cost to employees and cover any injury or illness sustained in the course of employment that requires medical treatment.

Employees who sustain work-related injuries or illnesses must notify their supervisor immediately so that FMT can notify the workers' compensation insurance carrier as soon as possible.

Lost time or medical expenses incurred because of an on-the-job accident or injury that will be compensated for in accordance with workers' compensation laws. This protection is paid for in full by FMT. No premium is charged for this coverage and no individual enrollment is required. FMT will provide medical care and a portion of lost wages through our insurance carrier.

All job-related accidents or illnesses must be reported to your manager immediately upon occurrence, who will contact the CFO to obtain the required claim forms and instructions.

**Fast** Model Technologies

# Time Off & Leave

## Holidays

### Observed Holidays

FMT releases its holiday schedule at the start of each calendar year.  Generally, the company is closed in observance of the following holidays:

| | |
|---|---|
| New Year's Day* | Labor Day |
| Good Friday | Thanksgiving Day |
| Memorial Day | Day after Thanksgiving |
| Independence Day* | Christmas Day* |

*May be a one- or two-day holiday at Company discretion.

In addition to the official company-observed holidays, FMT grants each eligible employee two (2) "floating holidays" to use at your own discretion each calendar year.

### Holiday Pay

FMT provides pay on holidays as set forth below:

| | |
|---|---|
| ELIGIBILITY | You are eligible for holiday pay if you are a *regular* employee who is on regular pay status the day before and after the holiday, unless you are on an approved day off, in accordance with another FMT policy. |
| RECEIVING HOLIDAY PAY | FMT will pay you for holiday pay at your base pay rate as of the date of the holiday.  If you are on a planned vacation on a holiday and are eligible for holiday pay, you will receive holiday pay for that day in lieu of receiving PTO. |
| WORKING ON A HOLIDAY | Although we may be officially closed on certain holidays, business needs may, require certain employees to work on a holiday. |
| LIMITATIONS | Holiday pay is a benefit that FMT grants to our employees rather than wages earned.  It is provided only so long as this policy is in effect and you remain employed with the Company.  Holiday pay does not count when determining whether *nonexempt* employees have worked overtime hours or calculating overtime pay rate, consistent with applicable law. |

# Paid Time Off

FMT recognizes the physical and psychological benefits of vacations. The Company also recognizes the importance of managing your health and well-being and understands the need for some sick time to accommodate those occasions when you are not well enough to come to work. Therefore, FMT provides Paid Time Off ("PTO") to eligible employees as set forth below. PTO is an all-purpose time off policy for eligible employees to use for vacation, illness, injury, or personal business. PTO combines traditional vacation and sick leave plans into one flexible, inclusive policy. PTO is payable in the same manner as the regular salary and is subject to the same withholding elections.

ELIGIBILITY

You are eligible for PTO if you are a *regular* employee.

Although you are eligible for PTO upon your hire, you may not use PTO until you have completed at least three (3) months of continuous service.

QUALIFYING CIRCUMSTANCES

You may take available PTO for any reason and at any time (with advance notice), upon the approval of your manager, except that certain dates may be "blocked out" for vacation purposes due to critical business operations that take precedence over any vacation schedules and employees may not schedule vacations during the blocked out time.

You may use PTO in minimum increments of one-half day. (PTO may not be used for less than a half-day at a time.)

AMOUNT AVAILABLE

FMT grants PTO to eligible employees at the rate of 1.5 days per month worked.

PTO is awarded on a pro-rata monthly basis, except that PTO does not accrue during any period of leave in which you do *not* receive a FMT paycheck.

FMT encourages employees to take PTO during the year in which it is awarded. However, you may carry over PTO over from one year to the next, up to a maximum of 27 days (150% of your annual award). Once you have reached the maximum cap, no additional PTO will accrue until you take leave and reduce your available PTO beneath the maximum cap. Accrual will recommence after you have taken leave such that your available PTO has dropped below the maximum cap.

YOUR RESPONSIBILITIES

UNPLANNED ABSENCES: As required by our ATTENDANCE & PUNCTUALITY POLICY, you must provide advance notice *each day* that you are unable to report to work due to illness, injury or other personal matter, as soon as you learn that you will be unable work that day, by notifying your manager that (1) you are unable to work, (2) the reason that you are unable to work, and (3) when you expect to return to work.[4]

Failure to provide the required notice may result in denial of pay for that day and/or

---

[4] This daily reporting requirement does not apply if you are on an approved continuous medical leave.

disciplinary action up to and including termination of employment, consistent with applicable law.

PLANNED ABSENCES: It is in your best interest to provide as much advance notice as possible of your desire to use PTO. FMT will make reasonable efforts, consistent with the Company's need to ensure effective operations, to accommodate your choice of PTO for planned absences such as vacations.

**PAY**

FMT will provide PTO at your base pay rate (excluding overtime) as of the time of your absence.

**LIMITATIONS**

PTO is a benefit that FMT grants to our employees, and you may use available PTO only so long as this policy is in effect and you remain employed with FMT, consistent with applicable law. PTO does not count when determining whether *nonexempt* employees have worked overtime hours or calculating overtime pay rate, consistent with applicable law.

Pay will not be granted for unused PTO and PTO will not be paid out if your employment with FMT ends for any reason.[5]

**INTERACTION WITH OTHER POLICIES**

If you qualify for paid time off under this policy and qualify for leave or any other benefits under another FMT policy and/or applicable law, your absence will count towards your maximum benefit and leave under all applicable FMT policies, benefit plans, and/or applicable laws.

## Bereavement Time Off

FMT provides bereavement time off to eligible employees who wish to take time off due to the death of a family member, and provides paid bereavement time to eligible employees as follows:

**ELIGIBILITY**

You are eligible for bereavement leave if you are a *regular* employee.

**QUALIFYING CIRCUMSTANCES**

You may take bereavement time off due to the death of a *family member*, which for purposes of this policy includes the following:

- Spouse or same-sex partner
- Child (including foster children and step-children)
- Parent (including legal guardian and step-parent)
- In-laws (including mother and father-in-laws and brother and sister-in-laws)
- Grandparent

---

[5] *Exception*: Where local or state law requires payout of unused PTO, the Company will follow the applicable local or state law.

- Grandchild

- Sibling

| | |
|---|---|
| AMOUNT AVAILABLE | You may take up to three (3) days of bereavement time off. You may use bereavement time off in minimum increments of one day only.

FMT understands the deep impact that death can have on an individual or a family, therefore additional unpaid time off may be granted at the Company's sole discretion. Such arrangements must be approved by your supervisor. |
| YOUR RESPONSIBILITIES | You must notify your manager immediately upon learning that you will need to take bereavement time off. FMT reserves the right to require verification of the need for this time off.

You may not use bereavement time off for any reason other than that for which you requested and obtained approval. An employee who uses this time off for reasons other than those set forth in this policy will be subject to discipline, up to and including immediate termination of employment. |
| PAY | FMT will pay you for bereavement time off at your base pay rate as of the time of your absence. |
| LIMITATIONS | Paid bereavement time off is a benefit that FMT grants to our employees rather than wages earned. You may use this benefit only so long as this policy is in effect and you remain employed with FMT. Bereavement time off pay does not count when determining whether *nonexempt* employees have worked overtime hours or calculating overtime pay rate, consistent with applicable law. |

## Jury Duty Time Off

FMT encourages employees to participate in the judicial process by serving on a jury when called to do so, and provides time off to enable this participation. FMT will not discriminate against employees for requesting or using this time off.

| | |
|---|---|
| ELIGIBILITY | All employees are eligible for jury duty time off. |
| QUALIFYING CIRCUMSTANCES | You may take time off to respond to a summons to serve as a juror. We will grant time off to perform jury duty based on the dates set forth in the subpoena, jury summons, or court order. Of course, you are expected to report to work whenever the court schedule permits. |
| AMOUNT AVAILABLE | If you are scheduled to work the day that you are called to jury duty, we provide you time off for that day. |

| | |
|---|---|
| **YOUR RESPONSIBILITIES** | You must provide your manager with notice of your summons to serve as a juror as soon as possible after receipt and no later than two working days after receipt of the summons, so that we can adjust your schedule accordingly.  You may be required to provide your manager with a copy of the subpoena, jury summons, or court order.  If the length of time of your jury duty changes, you must promptly notify your manager of this change.  You may also be required to provide proof of attendance on your return to work.<br><br>You may not use jury duty time off for any reason other than as is permitted under this policy.  An employee who uses jury duty time off for reasons other than permitted under this policy is subject to discipline, up to and including termination. |
| **PAY** | Jury duty is unpaid except where required by law.  However, you may elect (but are *not* required to) use any accrued PTO during your absence. |

## Military Service Leave

FMT provides military service leave to any employee who is absent from work due to military service in accordance with the Uniformed Services Employment Reemployment Rights Act (USERRA).  You must provide advance notice and documentation of your need for military leave, unless a military necessity prevents such notice or it is otherwise impossible or unreasonable.  If you are eligible for reemployment when your military duty ends, you will be reinstated to the job and benefits you would have attained if you had not been absent due to military service or, in some cases, a comparable job, consistent with applicable law.  For more information about military service leave, see the USERRA Poster or contact the Office Manager.

## Other State-Specific Time Off

Certain states have laws granting eligible employees time off due to circumstances other than those addressed in this handbook.  FMT will provide such time off to eligible employees in those states consistent with such laws.  For more information, contact the Office Manager .

## Personal Leave of Absence

FMT recognizes that under certain limited circumstances, employees may need to take time away from work due to unavoidable circumstances, such as a serious health condition or to care for a family member with a serious health condition.  Employees in good standing may submit a written request for a personal leave of absence to the President or CEO.  The request should explain the reason that leave is needed as well as the date(s) and duration of the requested leave.  The Company may require medical certification or other verification of the compelling need before considering a request for this leave.

Responding to requests for personal leaves of absence will be at the sole discretion of the Company.  As a general matter, requests for this leave will be granted only for compelling reasons and when, in the Company's sole discretion, it is determined that the leave will not unduly disrupt business operations.

If the Company authorizes a personal leave of absence and you return to work by the expiration date of the authorized leave, we will make reasonable efforts to return you to the same or similar job as you held prior to the personal leave of absence, subject to our staffing and business requirements existing when you are ready to return. However, the Company *does not guarantee reinstatement* following a personal leave of absence.

If you fail to report to work by the expiration of an authorized personal leave, you will be deemed to have voluntarily resigned from employment.

 **Fast** Model Technologies

# Leaving FMT

## Separation

Although we hope that you will remain at FMT for a long time, sometimes events force a change in occupation or circumstances.

### Resignation or Retirement

While your employment is at will, which means that you are free to resign at any time, for any or no reason, with or without notice, we request that you provide advance notice of at least two-four (2-4) weeks, by submitting a letter of resignation to your manager.

### Involuntary Separation

As noted above, your employment is at will, which means that the Company is free to terminate the relationship at any time for any or no reason, with or without notice.

## Final Pay upon Separation

You will receive your final pay after separation in accordance with federal law as well as any applicable state and local laws. In the case of employee termination, the employee will receive their accrued pay in accordance with all federal, state, and local laws.

## Return of FMT Property upon Separation

Upon resignation or termination of employment with FMT for any reason, or upon FMT request, you must immediately return all FMT property, including but not limited to equipment, materials, or written information in any form (*i.e.*, keys, credit cards, access cards, laptops, handbooks, papers, folders, and electronic data) in your possession or control. You must submit such materials to your manager.

## Benefit Continuation upon Separation

Certain benefits may be continued after separation from FMT. If you lose coverage under the health plan because, for example, you resign or your employment is terminated, you may have the ability to continue health insurance coverage under FMT's health plan at your expense. For more information, contact the CFO .

## Post-Employment References

FMT does not provide employment information concerning current or former employees to persons outside FMT, except to confirm the employee's dates of employment, wage rates, and position(s) held unless the request is from authorized law enforcement or federal, state, or local agencies conducting official investigations and as otherwise required by law. Responses to inquiries from prospective employers are limited to title and dates of employment except in unusual circumstances. No employment data will be released to a prospective employer without a written authorization and release signed by the individual who is the subject of the inquiry.