# EXHIBIT D

Fast Model Technologies, LLC

# Employee Acknowledgement

I acknowledge that I have received a copy of Fast Model Technologies, LLC "FMT" or "Company") Employee Handbook ("Handbook"), and agree to familiarize myself with FMT policies within five (5) business days after signing this acknowledgement. I understand that I should consult with the President or CEO if I have questions about any of these policies.

**I understand that FMT policies are not a contract of employment and do not confer any contractual rights, either express or implied, upon me or any other employee, nor do they guarantee employment for any period of time. I understand that I am employed "at will" unless expressly stated otherwise in a separate written agreement signed by FMT's President or CEO, and either FMT or I may terminate the employment relationship at any time for any or no reason, consistent with applicable law.**

I understand that any descriptions of employee benefit plans that appear in these policies are intended to provide only a general overview of the plans for the convenience of employees. The actual benefit plans are governed by their formal documents, as they exist now or in the future. If there is any conflict between the information presented in these policies and the legal plan documents that govern each benefit plan, the legal plan documents apply. I understand and agree that FMT reserves the right to change or terminate any or all benefit plans at its discretion. I further understand that if I work at a site where local or state law differs from the information contained in this handbook, FMT will follow the applicable local or state law.

In addition, I understand that the descriptions of employee leave or other similar benefits that appear in these policies do not create contractual terms or other contractual commitments related to such benefits of any kind. As an employee, I may be eligible for and may use leave or similar benefits described in these policies only while the applicable policy is in effect.

I further understand that FMT reserves the right to change any policy with or without notice and retains the right at its sole option and at any time to deviate totally or partially from any policy, consistent with applicable law.

I acknowledge that I have access to FMT's employment policies, and understand and agree that it is my responsibility to read and comply with the policies, and any revisions made to them.

| | | |
|---|---|---|
| Employee Name | Employee Signature | 9/20/2013 Date |

**Return signed form to the Business Manager at finance@fastmodeltechnologies.com**